UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) <br> v. <br> 1) I SUNG YOL "DAVID" KIM <br> DEFENDANT(S). | CASE NUMBER <br> 2:19-cr-20032 <br> 19MJ03005 <br> AFFIDAVIT RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: The Grand Jury / Indictment
in the __Eastern__ District of __Michigan__ on __January 17 2019__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __371, 201__
to wit: _____

A warrant for defendant's arrest was issued by: __Officer Avon Allen, Deputy Clerk, Detroit MI__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __07/22/19__, by
_____, Deputy Clerk.

| | |
|---|---|
| [signature] <br> Signature of Agent | Robert Snead <br> Print Name of Agent |
| NCIS <br> Agency | Special Agent <br> Title |

CR-52 (05/98)      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT