UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

19 MJ03005

| UNITED STATES OF AMERICA | CASE NUMBER: 2:19-cr-20032 |
| V. PLAINTIFF | |
| DI SUNG YOL "DAVID" KIM | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: July 22nd 2019  1530   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 371 - Conspiracy
   18 USC 201 - Bribery

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): N/A

11. Name: Robert Snead   (please print)

12. Office Phone Number: 562 626 6316        13. Agency: NCIS

14. Signature: [signature]                    15. Date: 23 JUL 19

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION